COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Hani Hafiz Ibrahim Qutiefan v. Lubna Aziz Safi

Appellate case number:     01-18-00425-CV

Trial court case number:    13-DCV-206211

Trial court:                       505th District Court of Fort Bend County

Appellant, Hani Hafiz Ibrahim Qutiefan, has filed a motion requesting a one-year extension to file a reply brief, to stay any hearings or rulings from this Court, and to cancel submission of this case. Appellant filed his brief on July 11, 2019. Appellee, Lubna Aziz Safi, filed her brief on October 11, 2019. Appellant's reply brief, if any, was due on October 31, 2019. TEX. R. APP. P. 38.6(c) ("A reply brief, if any, must be filed within 20 days after the date the appellee's brief was filed."). Accordingly, we **deny** appellant's motion.

Appellant has also filed a letter-notice stating that he filed for bankruptcy in the United States Bankruptcy Court in Houston, Texas, and requested an automatic stay. "A bankruptcy suspends the appeal and all periods in these rules from the date when the bankruptcy petition is filed until the appellate court reinstates or severs the appeal in accordance with federal law." TEX. R. APP. P. 8.2. However, appellant's notice is deficient. Texas Rule of Appellate Procedure 8.1 provides, "Any party may file a notice that a party is in bankruptcy. The notice must contain: (a) the bankrupt party's name; (b) the court in which the bankruptcy proceeding is pending; (c) the bankruptcy proceeding's style and case number; and (d) the date when the bankruptcy petition was filed." TEX. R. APP. P. 8.1.

Appellant's notice of bankruptcy does not comply with Rule 8.1. Although appellant states, "I filed bankruptcy in the US bankruptcy court of Downtown HOUSTON, TEXAS," this does not identify the bankrupt party's name or the name of the court in which the bankruptcy proceeding was filed. TEX. R. APP. P. 8.1(a), (b). Nor does appellant's notice state the style and case number of the bankruptcy proceeding or the date when the bankruptcy petition was filed. TEX. R. APP. P. 8.1(c), (d). Accordingly, we **strike**

appellant's notice. Appellant shall immediately file a notice that complies with Texas Rule of Appellate Procedure 8.1 so this Court can abate this appeal.

It is so ORDERED.


Judge's signature:    /s/  Evelyn V. Keyes_____
                          ☑ Acting individually    ☐ Acting for the Court


Date:  ___January 28, 2020_____